UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GREGORY S FEHRIBACH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:15-cv-00055-SEB-TAB |
| | ) | |
| FEDEX CORPORATE SERVICES, INC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Tim A. Baker's Report and Recommendation regarding the Plaintiff's Motion to Enforce Settlement Agreement, the Court now approves and adopts the Report and Recommendation as the entry of the Court. Plaintiff's motion is hereby GRANTED. Defendant shall pay the full settlement amount of $30,000 to Plaintiff.

SO ORDERED.

Date: 10/6/2016

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system